[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-10435

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 7, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-00123-CV-4-SPM-WCS

FLORIDA ASSOCIATION OF PROFESSIONAL
LOBBYISTS INC.,
a Florida not for profit corporation,
SPEARMAN MANAGEMENT COMPANY,
a Florida corporation,
GUY M. SPEARMAN, III,
a natural person,
RONALD L. BOOK, PA,
a Florida professional association,
RONALD L. BOOK,
a natural person,

Plaintiffs-Appellants,

versus

DIVISION OF LEGISLATIVE INFORMATION
SERVICES OF THE FLORIDA OFFICE OF
LEGISLATIVE SERVICES,
a Florida state agency,
THE FLORIDA COMMISSION ON ETHICS,
an independent constitutional commission,
TOM LEE,
as president of the Florida Senate,
ALLAN BENSE,
as speaker of the Florida House of Representatives,

Defendants-Appellees,

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(May 7, 2009)

Before EDMONDSON, Chief Judge, DUBINA, Circuit Judge and MARTIN,[*]
District Judge.

PER CURIAM:

In the light of our earlier opinion in this case and the opinion of the

Supreme Court of Florida on questions of Florida law that we had certified to that

honorable Court, we affirm the judgment of the district court. For background, see

Fla. Ass'n of Prof'l Lobbyists v. Div. of Legislative Info. Servs., 525 F.3d 1073

(11th Cir. 2008), and Fla. Ass'n of Prof'l Lobbyists v. Div. of Legislative Info.

Servs., No. 08-791, 2009 WL 702854 (Fla. Mar. 19, 2009).

AFFIRMED.

_____

[*]Honorable Beverly B. Martin, United States District Judge for the Northern District of Georgia,
sitting by designation.